505 A.2d 599

**COMMONWEALTH of Pennsylvania**

v.

**Christina LOBEL.**

Supreme Court of Pennsylvania.

Feb. 10, 1986.

Petition for Allowance of Appeal GRANTED, No. 28 E.D. Appeal Docket 1986.